IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION A. McDONNELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 10-0222 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) CHIEF JUDGE GARY LANCASTER |
| | ) ELECTRONICALLY FILED |
| Defendant. | ) |

**ORDER**

AND NOW, this 20th day of Jan., 2011, upon consideration of Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (EAJA) and the Commissioner's Response thereto,

IT IS HEREBY ORDERED that Plaintiff, Dion McDonnell, is awarded attorney fees under the EAJA in the amount of Three Thousand Five Hundred Thirty-Six Dollars and Forty-Six Cents ($3,536.46). These attorney fees will be paid directly to Plaintiff, Dion McDonnell, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

_____
C.J.